Darryl C. Carter
1734 Webster Ave
Bronx, NY 10457
Phone: (201) 781-5216
Email: dcclawinfo@proton.me

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRYL C. CARTER,<br><br>     Plaintiff,<br><br>   vs.<br><br>GARY JENKINS ET AL.,<br><br>     Defendants | Case No.: 1:22-CV-10326-UA<br><br>PLAINTIFF'S NOTICE OF CONTINUED HARASSMENT AND NO JUDICIAL REMEDY PER OUTSTANDING ISSUANCE OF A SUMMONS<br><br>Trial Date: TBD<br>Hearing Time: N/A<br>Hearing Date: N/A |

1

(Case No: 1:22-CV-10326-UA)
PLAINTIFF'S NOTICE OF CONTINUED HARASSMENT AND NO JUDICIAL REMEDY
PER OUTSTANDING ISSUANCE OF A SUMMONS

**TO THE COURT, ALL INTERESTED PARTIES HEREIN, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** per the following attached, Exhibit A, and declaration, plaintiff continues to experience unparalleled harm to his **constitutional rights** and an ever increasing degree of irreparable harm stemming from the fact that to date no summons has been issued in the matter despite the fact the **IFP was granted on or around December 7, 2022**. In fact, the attached Exhibit A, and declaration illustrate a **pattern and practice of harassment directly stemming from the unreasonable delays in this case** given the context and content of the harm raised in the complaint itself. Furthermore, but for plaintiff's "*pro se*" status this irreparable harm absolutely would not have happened and would not continue to happen. See **Exhibit A, and declaration attached hereto**. Additionally, plaintiff's contact telephone number, for this action, is properly noted in the attorney/party header section of this notice.

Dated this day December 21, 2022

/S/ [signature]
Darryl C. Carter

Darryl C. Carter
1734 Webster Ave
Bronx, NY 10457
Phone: (201) 781-5216
Email: dcclawinfo@proton.me

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRYL C. CARTER, | Case No.: 1:22-CV-10326-UA |
| Plaintiff, | PLAINTIFF'S DECLARATION IN FURTHER SUPPORT OF ISSUANCE OF A SUMMONS IN LIGHT OF CONTINUED ESCALATING HARASSMENT |
| vs. | |
| GARY JENKINS ET AL., | |
| Defendants | Trial Date: TBD<br>Hearing Time: N/A<br>Hearing Date: N/A |

1

**Darryl C. Carter v. Gary Jenkins et al., Case No: 1-22-cv-10326-UA**

# PLAINTIFF'S DECLARATION IN FURTHER SUPPORT OF ISSUANCE OF A SUMMONS IN LIGHT OF CONTINUED ESCALATING HARASSMENT

I, PLAINTIFF, declare as follows:

1. I am a currently present in the State of New York.
2. I am over the age of 18 years old.
3. I have personal knowledge of the contents of this declaration.
4. I am experiencing a continuing level of harassment to which I have no judicial recourse to address these matters, since a summons has not been issued in this action, as of December 21, 2022 @ 5:44 pm.
5. Regarding such harassment, methods such as "Content injection" are been utilized to access my online accounts and "Injecting" unsolicited content which has the intent of harassment and influence away from this action as result of complaints associated with irregularities in this action. In particular on or around December 19, 2022 a ""**Whore**"ible Decisions" podcast injected into my Spotify account feed. See **Exhibit A**, attached hereto. I have never subscribed to, searched for, nor in any way shape or form illustrated interest in this ghetto trailer trash bullshit content. But rather this garbage was injected into my Spotify feed on or around the time an **internal affairs complaint was lodged with the United States Department of Justice IA division**. And given the nature of the complaint, this "Content injection" problem points to these renegade asshole, criminal, hoodlum motherfuckers who apparently have hijacked the court system like they have hijacked the exceptionally liberal streets of New York with their racially diverse cronies and affiliates doing their bidding.
6. Moreover, this same "Content injection" problem experienced with Spotify, also, occurs with my Google account. See **Exhibit A attached hereto**, "DC

2

(Case No.:1:22-CV-10326-UA)
PLAINTIFF'S DECLARATION IN FURTHER SUPPORT OF ISSUANCE OF A SUMMONS IN LIGHT OF CONTINUED ESCALATING HARASSMENT

UNkillable." And on the NYC subway. See **Exhibit A, attached hereto**, "Diplomacy" orange cap as taken on the NYC route "4" train on December 21, 2022, **almost immediately following the Internal Affairs complaint to the United States Department of Justice**.

7. The United States Department of Justice, in my opinion, is completely out of control and has been out of control for at least the last two (2) years and I further believe is being run and controlled by an internal faction more commonly referred to and known as "The Swamp."

8. Furthermore, I have never seen nor heard of any such delays with the start of an action via an attorney with a so-called "Bar number" having to deal with these matters and based on that fact, I conclude that these preliminary issues with getting the case off the ground and headway into Discovery is intentional and designed to prejudice plaintiff presuming a lack of intelligence and skill in the legal arena which presumptions are ill drawn and otherwise would already have proven to be detrimental to any and all jurist(s) participating in, what I characterize as, intentional misconduct. And but for this current and prolonged abusive COVID-19, cancel, hijacking, theft, and espionage culture which I see as commonplace today, I have extreme doubts that none of this otherwise would be occurring.

9. Furthermore, it is this very behavior why I like many other non-conforming blacks have had and continue to have race related issues with foreigners and foreign cultures given the ill drawn presumption that all brown and black people participate in and are a party to these behaviors, *ante*, item #5. In fact, in my opinion based on what I have seen and read, NYC and the other large pop cities, across the country, have been so busy promoting "Diversity" within such cites, yet at the same time I fail to see how the same concept of "Diversity" has been promoted or encouraged in the same countries-cities from which foreigners migrate, who are, now, present in

3

(Case No.:1:22-CV-10326-UA)
PLAINTIFF'S DECLARATION IN FURTHER SUPPORT OF ISSUANCE OF A SUMMONS
IN LIGHT OF CONTINUED ESCALATING HARASSMENT

NYC and throughout the States. And had there been some equity there such foreigners would, likely, be able to distinguish, "The Good from the Bad," and therefore plaintiff would likely not be experiencing the harassment he currently experiences on the streets of NYC, *inter alia*, by culturally unexposed or [very] limited exposure foreigners, present in NYC, doing the bidding of these assholes, *per the complaint*, in and around NYC and similar large pop cities across the country.

If called as a witness I could and would testify to all of the foregoing of my personal knowledge, except those matters upon information and belief, which I believe them to be true. I declare under the penalty of perjury under the laws of the State of New York that the foregoing is true and correct and that this declaration was executed on December 21, 2022.

/S/ *[signature]*
Darryl C. Carter

# EXHIBIT A

(3 PAGES EXCLUDING THIS PAGE)





