UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DARRYL C. CARTER,

                Plaintiff,

      -against-

GARY JENKINS, et al.,

               Defendants.

22-CV-10326 (LTS)

ORDER TO AMEND

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under 42 U.S.C. § 1983, alleging that Defendants violated his rights by denying him benefits and by placing him in inadequate housing. By order dated December 7, 2022, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

Plaintiff has filed a "motion for issuance of summons and service per U.S. Marshals Service" and a motion to amend his complaint. The Court grants Plaintiff's motion to amend his complaint but denies his motion for issuance of summons, without prejudice to renewal after Plaintiff files his amended complaint.

**CONCLUSION**

Plaintiff is granted leave to file an amended complaint. Plaintiff must submit the amended complaint to this Court's Pro Se Intake Unit within sixty days of the date of this order, caption the document as an "Amended Complaint," and label the document with docket number 22-CV-10326 (LTS). An Amended Complaint form is attached to this order. No summons will issue at this time. If Plaintiff does not file an amended complaint within sixty days of the date of this order, the Court will treat the original complaint as the operative pleading.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Dated:   December 23, 2022
        New York, New York

      /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      Chief United States District Judge