Darryl C. Carter
1734 Webster Ave
Bronx, NY 10457
Phone: (201) 781-5216
Email: dcclawinfo@proton.me

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRYL C. CARTER,  <br>      Plaintiff,  <br>   vs.  <br>GARY JENKINS ET AL.,  <br>      Defendants | Case No.: 1:22-CV-10326-LTS  <br><br>PLAINTIFF'S NOTICE OF CRIMINAL HARASSMENT  <br><br>Trial Date: TBD  <br>Hearing Time: N/A  <br>Hearing Date: N/A |

**TO THE COURT, ALL INTERESTED PARTIES HEREIN, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** per the following attached, Exhibit A, plaintiff experiences what has, now, risen to the level of criminal harassment following the misconduct inquiry and the Court's failure per Doc #12, to issue a summons.

Dated this day December 29, 2022

/S/ [signature]
Darryl C. Carter

Darryl C. Carter
1734 Webster Ave
Bronx, NY 10457
Phone: (201) 781-5216
Email: dcclawinfo@proton.me

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRYL C. CARTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>GARY JENKINS ET AL.,<br><br>    Defendants | Case No.: 1:22-CV-10326-LTS<br><br>PLAINTIFF'S DECLARATION PER CRIMINAL HARASSMENT<br><br>Trial Date: TBD<br>Hearing Time: N/A<br>Hearing Date: N/A |

**PLAINTIFF'S DECLARATION PER CRIMINAL HARASSMENT**

I, PLAINTIFF, declare as follows:

1. I am a currently present in the State of New York.
2. I am over the age of 18 years old.
3. I have personal knowledge of the contents of this declaration.
4. On December 29, 2022 @ or around 10:25 am near 40th Street and Park Ave. in Manhattan, not too far from this court, this "Ghetto hood rat", black lip, cigarette smoking, walking cancer patient, stated to me: "Case...I don't move to a bitch beat, bitch." I was completely startled at this comment. No other person was present near me or the "Ghetto hood rat," black woman, at the time of this incident. See **Exhibit A**, attached hereto. I have never seen this woman before nor would I ever associate with someone like her. Ironically and as a marvelous coincidence the only matter I am waiting on is the issuance of a summons in this case. And furthermore, "Move to a bitch [sic] beat," is street vernacular for "I move on my own time," which again is ironic since the assigned judge in this case, decided to "Move on her own time," with the issuance of summons which otherwise a summons is a function of the clerk per operation of law. See Doc #12.
5. On December 28, 2022 @ or around 8:45 am, Corey [a black male] and the "Head cook" @ plaintiff's living place, who is, also, a disgruntled military person, and a vocal WOKE abusive supporter threatened to "Put two [bullets] in my fucking head," which incidentally and, also, as a marvelous coincidence occurred the morning after I sent an electronic communication to Rep. James Comer of the House Oversight Committee and Reform per the incoming to 118th Congress, regarding a judicial misconduct inquiry/investigation per this Court.

6. This behavior, even as just an inference to this court, or any court for that matter, is unbecoming of a federal judge, an extraordinary abuse of power, and subject to a criminal probe as this court has no power, whatsoever, to threaten or harass any party, directly or indirectly, because of the matters before the court. Furthermore, this type of problem, even as an inference to the court, is precisely the type of conduct that further promotes the negative stigma often attached to black and brown individuals, who do not partake in nor support this type of conduct.

If called as a witness I could and would testify to all of the foregoing of my personal knowledge, except those matters upon information and belief, which I believe them to be true. I declare under the penalty of perjury under the laws of the State of New York that the foregoing is true and correct and that this declaration was executed on December 29, 2022.

/S/ Darryl C. Carter

# EXHIBIT A

(2 PAGES EXCLUDING THIS PAGE)



